**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CANANDA BANCSHARES, INC.**                                                  **PLAINTIFF**

**v.**                                  **Case No: 4:26-cv-00267-KGB**

**BOARD OF GOVERNORS OF THE**
**FEDERAL RESERVE SYSTEM,** *et al.*                            **DEFENDANT**

<u>**ORDER AND NOTICE OF HEARING**</u>

Pending before the Court is plaintiff Canada Bancshares, Inc.'s ("CBI") motion for preliminary injunction. CBI's complaint was filed on March 13, 2026 (Dkt. No. 1). CBI's motion for preliminary injunction was filed on the same day (Dkt. No. 2). Plaintiffs allege that defendants Board of Governors of the Federal Reserve System, Jerome H. Powell, Travis Hill, and Susannah Marshall (collectively "Defendants") have refused to recognize CBI's status as the owner of the Bank of England, an Arkansas state-chartered bank (Dkt. No. 1).

The Court with this Order sets a hearing and briefing schedule on CBI's motion for preliminary injunction (Dkt. No. 2). The Court will conduct a contested hearing on the motion on April 2, 2026, at 9:00 a.m. C.D.T. in Courtroom 4D of the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas 72201.

The Court sets the following schedule:

- Defendants' response to CBI's motion for preliminary injunction—if they choose to file one—is due by 5:00 p.m. C.D.T. on Monday, March 30, 2026.

- CBI's reply brief in support of its motion for preliminary injunction —if they choose to file one—is due by 9:00 a.m. C.D.T. on Tuesday, April 1, 2026.

- The Court will conduct a hearing on the motion for preliminary injunction on Thursday, April 2, 2026, at 9:00 a.m. C.D.T.

Prior to the hearing, the Court directs the parties to exchange copies of exhibits they intend to present, or a list of exhibits if copies have already been provided, and written lists of witnesses they will or may call at the hearing by 9:00 a.m. C.D.T. on Tuesday, March 31, 2026. If the parties wish to present rebuttal exhibits or witnesses at the hearing, the parties shall submit such rebuttal exhibits and written lists of such rebuttal witnesses by 9:00 a.m. C.D.T. on Wednesday, April 1, 2026. In these lists, which should be filed of record with the Court, the parties should disclose if the witnesses they intend to call are appearing by agreement or by subpoena.

If any party objects to the Court's consideration of exhibits already in the record in this matter, such objections must be made in writing and filed by noon, 12:00 p.m. C.D.T. on Wednesday, April 1, 2026, and any responses to such objections must be made on the record at the hearing on the motion for preliminary injunction.

It is so ordered this 19th day of March, 2026.

_____
Kristine G. Baker
Chief United States District Judge