U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**

APR 0 2 2026

IN OPEN COURT
TAMMY H. DOWNS
By:_____
DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CANANDA BANCSHARES, INC.**                                                 **PLAINTIFF**

v.                                   **Case No: 4:26-cv-00267-KGB**

**BOARD OF GOVERNORS OF THE**
**FEDERAL RESERVE SYSTEM, *et al.***                              **DEFENDANT**

## PROTECTIVE ORDER

Before the Court is the status of this case. On April 2, 2026, the Court held a hearing on Canada Bancshares, Inc.'s ("CBI") motion for preliminary injunction. At the Court's April 2, 2026, hearing, exhibits previously filed under seal in this case were presented to the Court. At the hearing, the Court went under seal and removed individuals from the courtroom who were not privy to the sealed exhibits as counsel or parties to this case or the pending state court matters and arbitration identified at the April 2, 2026, hearing. In order to streamline the hearing while preserving the confidentiality of sensitive information in this action, the parties, proposed intervenors, and individuals privy to the exhibits have agreed to a Protective Order in this case.

On its own motion, the Court enters a Protective Order pursuant to the Federal Rules of Civil Procedure and the agreement of the parties, proposed intervenors, and individuals privy to the sealed exhibits. The Court hereby issues a protective order that all information and documents produced, exchanged, or discussed under seal at the Court's April 2, 2026, hearing are subject to this protective order, and the information contained therein shall remain confidential and shall not be disclosed, discussed, or shared, subject to further order of this Court. It shall not be a violation of this Protective Order for the information to be disclosed, discussed, or shared in the pending state court matters and arbitration identified at the April 2, 2026, hearing.

It is so ordered this 2nd day of April, 2026.

Kristine G. Baker
Chief United States District Judge

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CANANDA BANCSHARES, INC.**                                    **PLAINTIFF**

v.                                        **Case No: 4:26-cv-00267-KGB**

**BOARD OF GOVERNORS OF THE**
**FEDERAL RESERVE SYSTEM,** *et al.*                              **DEFENDANT**

### SIGNATURE

*[signatures]*

Gary Canada Sr,
Harvey Cray
Brad Art
Lance R Miller

W. a ivts Wolff

Jordan Broyles, Commissioner Marshall

Logan C Elffe, Commissioner Marshall

_____, Counsel For Travis Hill

Monika More, Counsel for the Federal Reserve Board of Governors and Chairman Jerome Powell

Nicholas Jabbour, Counsel for the Federal Reserve Board of Governors & Chair Powell

STAN D. SMITH, COUNSEL FOR PROPOSED INTERVENORS

Willi Luekke

Ry Carl J

Gregory M Hopkins, Counsel for Hanna Canada